UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:23-CR-567 HEA |
| ) | |
| MARSHAL LAMPKIN, ) | |
| ) | |
| Defendant. ) | |

## ORDER

This matter is before the Court on the Report and Recommendation of Magistrate Judge Noelle C. Collins addressing Defendant's Motion to Dismiss. (ECF No. 77). In her May 30, 2025 Report and Recommendation, Judge Collins recommended that Defendant's Motion be denied.

No objections were filed to the Report and Recommendation, and the time to do so has expired. Upon review, the Court adopts the Report and Recommendation *in toto*.

Accordingly,

**IT IS HEREBY ORDERED** that the Memorandum, Report and Recommendation of United States Magistrate Judge Noelle C. Collins is **SUSTAINED, ADOPTED, and INCORPORATED** herein. (ECF No. 88).

**IT IS FURTHER ORDERED** that Defendant's Motion to Dismiss, [ECF 77] is denied.

Dated this 18th day of June, 2025.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE