UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) No. 4:23-CR-00567-HEA |
| MARSHALL LAMPKIN, | ) ) ) |
| Defendant. | ) ) |

### GOVERNMENT'S RESTITUTION DISCLOSURE

COMES NOW the United States of America, by and through Thomas C. Albus, United States Attorney, and Justin M. Ladendorf, Assistant United States Attorney, for the Eastern District of Missouri, and, in accordance with the Court's Order dated June 20, 2025, Doc. 96, provides the following disclosure of parties potentially entitled to restitution:

Kohl's Corporation may be entitled to restitution as a part of any possible sentence in this case. Other than Kohl's, there are no individuals or non-governmental entities that may be entitled to restitution as a part of any possible sentence in this case.

Respectfully submitted,

THOMAS C. ALBUS
United States Attorney

*/s* Justin M. Ladendorf
Justin M. Ladendorf, #MO68558
Assistant United States Attorney
111 South 10th Street, Room 20.333
St. Louis, Missouri 63102
(314) 539-2200

**CERTIFICATE OF SERVICE**

I hereby certify that, on August 12, 2025, a copy of the foregoing was mailed postage prepaid United States Mail first class to:

> Marshall Lampkin
> #139831
> Henderson County Detention Center
> P.O. Box 1350
> Henderson, Kentucky 42419

                                            /s/  Justin M. Ladendorf
                                            JUSTIN M. LADENDORF, #68558MO
                                            Assistant United States Attorney