# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

United States,
Plaintiff,

v.                                    No. 4:23-CR-567-HEA

MARSHALL LAMPKIN,
Defendant.

## DEFENDANT'S SENTENCING MEMORANDUM

Comes now Marshall Lampkin, pro se and recommends that the Court impose a term of probation, specifically, 1 year, and no restitution.

3553(a) Factors to be considered in imposing a sentence.

1. The need to avoid unwarranted sentence disparities among defendants with similar records who have been found guilty of similar conduct. "Regans v. United States, 2020 U.S. Dist. LEXIS 197501" states in the Eastern District of Missouri, Movant pled guilty to seven counts of a nine-count indictment charging Fraudulent Use of

Unauthorized Access Devices, Mail Fraud, and Aggravated Identity Theft. Movant had an extensive criminal history; nineteen of his convictions were not included in the criminal history calculation due to their age. His recent convictions included the following:

- Felony Leaving the Scene of an Accident
- Felony Forgery
- Felony Passing a Bad Check
- Felony Stealing and Attempt Stealing
- Attempted Forgery
- Felony Bank Fraud and Felony Aggravated Identity Theft

Movant was under a criminal justice sentence when the offenses were committed.

On May 24, 2017, the Eastern District of Missouri sentenced Movant to 57 months imprisonment for Mail Fraud.

2. The need to provide restitution to any victim of the offense. Restitution is not warranted in a case that has no victims.

3. The kinds of sentences available. Pursuant to USSG 5B1.1, a sentence of probation is authorized if the applicable

guideline range is in Zone B of the sentencing table and the court imposes a condition or combination of conditions requiring intermittent confinement, community confinement, or home detention as provided in subsection (c)(3) of USSG 5C1.1.

## CONCLUSION

The Government is attempting to assist Kohl's Corporation with depriving Defendant of his property. These charges were brought up for the sole purpose of collecting a debt that is not owed. Citizen of the United States should not fear prosecution for matters that are civil and not criminal. Defendant should be sentenced to no more than a one year term of probation.

Respectfully submitted

MARSHALL LAMPKIN
Defendant Pro se

*Marshall Lampkin*
January 7, 2026